Inmate Benjamin Caleb Neal
Ramsey County ADC
425 Grove St
St. Paul MN 55101

Deposit Funds, On-line at:
InmateCanteen.com

SAINT PAUL MN 550
24 MAR 2022 PM 6

US POSTAGE ᴵᴹ PITNEY BOWES
$ 000.53⁰
ZIP 54022
02 4W
0000359603

Legal Mail

United States District Court
District of Minnesota
Office of the Clerk
U.S. Courthouse, Suite 100
316 North Robert Street
ST. Paul, M.N. 55101

55101-146099

RECEIVED
BY MAIL
MAR 28 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
MAR 2 8 2022
U.S. DISTRICT COURT ST. PAUL